# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| NEWTOWN SQUARE EAST, L.P., | : No. 164 MM 2014 |
| Petitioner | : |
| v. | : |
| TOWNSHIP OF NEWTOWN; ZONING HEARING BOARD OF NEWTOWN TOWNSHIP, DELAWARE COUNTY, PENNSYLVANIA, | : |
| Respondents | : |
| BPG REAL ESTATE INVESTORS-STRAW PARTY-1, L.P., BPG REAL ESTATE INVESTORS-STRAW PARTY-II, L.P., CAMPUS INVESTORS OFFICE B, L.P., CAMPUS INVESTORS 25, L.P., CAMPUS INVESTORS 1 BUILDING, L.P., CAMPUS INVESTORS H BUILDING, L.P., CAMPUS INVESTORS D BUILDING, L.P., CAMPUS INVESTORS COTTAGES, L.P., CAMPUS INVESTORS OFFICE 2B, L.P., ELLIS PRESERVE OWNERS ASSOC. INC., KELLY PRESERVE OWNERS ASSOC. INC., COTTAGES AT ELLIS OWNERS ASSOC. INC., GENBER/MANAGEMENT CAMPUS LLC, BERWIND PROPERTY GROUP LTD., EXECUTIVE BENEFIT PARTNERSHIP CAMPUS L.P., MANAGEMENT PARTNERSHIP-BENEFIT AND ELLIS ACQUISITION L.P., | : |
| Intervenors | : |

## ORDER

**PER CURIAM**

   **AND NOW**, this 24th day of November, 2014, the Emergency Application for Exercise of Plenary King's Bench Jurisdiction is **DENIED**.